# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:20-cv-393-GCM

| | |
|---|---|
| SKANSKA USA CIVIL SOUTHEAST, INC., | |
| Plaintiff, | |
| v. | ORDER |
| UP COMMUNITY FUND, LLC, | |
| Defendant. | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning **Anna T. Birkenheier** (Doc. No. 9).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(B), Ms. Birkenheier is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Skanska USA Civil Southeast, Inc..

**IT IS SO ORDERED.**

Signed: July 31, 2020

Graham C. Mullen
United States District Judge